# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 798 |
| | : | |
| APPOINTMENT TO THE | : | SUPREME COURT RULES DOCKET |
| PENNSYLVANIA BOARD OF LAW | : | |
| EXAMINERS | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 9th day of May, 2019, Lawrence J. Moran, Sr., Esquire, Lackawanna County, is hereby appointed as a member of the Pennsylvania Board of Law Examiners for a term of three years, commencing June 9, 2019.